**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois, Western Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Martenson, Terry G. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Martenson, Barbara A. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 3821 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 7927 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>403 Brook-Linsee Place<br>Poplar Grove, IL 61065 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>403 Brook-Linsee Place<br>Poplar Grove, IL 61065 |
| County of Residence or of the<br>Principal Place of Business: Boone | County of Residence or of the<br>Principal Place of Business: Boone |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☑ Individual(s)        ☐ Railroad
- ☐ Corporation          ☐ Stockbroker
- ☐ Partnership          ☐ Commodity Broker
- ☐ Other _____        ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7     ☐ Chapter 11    ☑ Chapter 13
- ☐ Chapter 9     ☐ Chapter 12

**Nature of Debts** (Check one box)
- ☑ Consumer/Non-Business    ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☑ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |
|---|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |
|---|---|---|---|---|---|---|---|---|

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 31415

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Terry G Martenson & Barbara A Martenson |
|---|---|

| | **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | |
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  /s/ Terry G Martenson<br>Signature of Debtor<br><br>X  /s/ Barbara A Martenson<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. |
| | **Exhibit B**<br>((To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X  /s/ Richard T. Jones<br>Signature of Attorney for Debtor(s)        Date |
| **Signature of Attorney**<br><br>X  /s/ Richard T. Jones<br>Signature of Attorney for Debtor(s)<br><br>RICHARD T. JONES 6184629<br>Printed Name of Attorney for Debtor(s)<br><br>_____<br>Firm Name<br><br>138 Cass Street<br>Address<br><br>Post Office Box 1693    Woodstock, Illinois 60098<br><br>(815) 334-8220<br>Telephone Number<br><br>_____<br>Date | **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | **Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (Required by 11 U.S.C. § 110(c).)<br><br>_____<br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X_____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156. |

| | | |
|---|---|---|
| Action Card<br>Post Office Box 5052<br>Sioux Falls, SD 57117-5052 | American General Finance<br>120 W. Chrysler Dr.<br>Belvidere, IL 61008 | American General Finance<br>120 W. Chrysler Drive<br>Belvidere, IL 61008 |
| American TV & Appliance<br>Post Office Box 659705<br>San Antonio, TX 78265-9705 | Andrew Geddes, MD<br>1215 N. Alpine<br>Rockford, IL 61107 | Belvidere Rehabilitation<br>Post Office Box 1508<br>Belvidere, IL 61008 |
| CB USA Sears<br>Post Office Box 6189<br>Sioux Falls, SD 57117 | Chase Manhattan Mortgage<br>Attention: Bankruptcy Department<br>3415 Vision Drive<br>Columbus, Ohio 43219 | Chrysler Financial<br>901 Warrenville Rd., #500<br>Lisle, IL 60532-4319 |
| Citibank<br>c/o Miller, Baker, Markoff & Krasny<br>29 N. Wacker Drive<br>Chicago, IL 60606 | Citibank<br>Post Office Box 45220<br>Jacksonville, FL 32232-5220 | Dish Network<br>c/o Anderson Financial Network<br>Post Office Box 3097<br>Bloomington, IL 61702 |
| Dish Network<br>Dept. 0063<br>Palatine, IL 60055-0063 | Donald Dysarz, MD<br>373 North Division<br>Harvard, IL 60033 | GE Capital/GE Money Bank<br>Post Office Box 960061<br>Orlando, FL 32896-0061 |
| GEMB/Dicks Sporting Goods<br>950 Forrer Blvd.<br>Kettering, OH 45420 | Household Finance<br>Post Office Box 17574<br>Baltimore, MD 21297-1574 | Kohls<br>Post Office Box 2983<br>Milwaukee, WI 53201-2983 |
| Physicians Immediate Care<br>11475 North Second Street<br>Machesney Park, Illinois 61115 | Sears<br>c/o Northland Group, Inc.<br>Post Office Box 390905<br>Edina, MN 55439 | St. Anthony Medical Center<br>5666 E. State Street<br>Rockford, Illinois 61108-2472 |
| St. Anthony Medical Center<br>c/o Mutual Mgmt<br>Post Office Box 4777<br>Rockford, IL 61110 | Swedish Americal MSO, Inc.<br>c/o Mutual Management<br>401 E. State Street<br>Rockford, Illinois 61104 | Swedish American Med. Group<br>2550 Charles Street<br>Post Office Box 1567<br>Rockford, IL 61110-0067 |
| Wilmal Fernando, MD<br>5713 Strathmoor Dr.<br>Rockford, IL 61107 | | |

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Western Division**

In re   Terry G Martenson & Barbara A Martenson   ,
                          Debtor

Case No.  _____

Chapter   13   _____

**VERIFICATION OF LIST OF CREDITORS**

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 1 page, is true, correct and complete to the best of my knowledge.

Date  _____   Signature of Debtor   /s/ Terry G Martenson
                                                              TERRY G MARTENSON

Date  _____   Signature of Joint Debtor   /s/ Barbara A Martenson
                                                                   BARBARA A MARTENSON

Richard T. Jones
138 Cass Street
Post Office Box 1693
Woodstock, Illinois 60098
(815) 334-8220
(815) 334-8229

B203
12/94

# United States Bankruptcy Court
## Northern District of Illinois, Western Division

In re Terry G Martenson & Barbara A Martenson  Case No. _____

Chapter _____13_____

Debtor(s)

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................. $ \_\_\_\_2,700.00\_\_\_\_
   Prior to the filing of this statement I have received ................................................. $ \_\_\_\_\_500.00\_\_\_\_\_
   Balance Due ............................................................................................................. $ \_\_\_\_2,200.00\_\_\_\_

2. The source of compensation paid to me was:

   ☑ Debtor   ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor   ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____   \_\_/s/ Richard T. Jones_____
                *Date*                          *Signature of Attorney*

                                            _____
                                                     *Name of law firm*

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 31415